Wofford et al. *v.* Williams, Sheriff.

[69 South. 819.]

Appeal and Error. *Appeal bond. Motion to dismiss.*

Under Code 1906, section 61, so providing an appeal will not be considered as perfect or a *supersedeas* awarded thereon, unless the bond required shall have been given and approved; where a motion to dismiss the appeal wherein appellee excepts to the appeal bond and moves to discharge the *supersedeas* for insufficiency of the bond, such motion will be overruled, on the ground that no appeal has been taken, where the bond is a nullity, because not approved by the clerk of the court below.

Appeal from the chancery court of Calhoun county. Hon. J. G. McGowen, Chancellor.

Suit by R. V. Wofford and others against W. T. Williams, sheriff. From a judgment for defendants, plaintiff appeals.

The facts are fuly stated in the opinion of the court.

*T. L. Haman* and *N. W. Bradford,* for the motion.

Smith, C. J., delivered the opinion of the court.

This cause comes on to be heard on a motion wherein appellee—

"excepts to the appeal bond in this cause filed and moves the court to discharge the *supersedeas* for the following reasons to wit: First, because said bond is insufficient as a security; second, because said bond is without sureties; third, because said bond is signed only by parties to the suit; fourth, because said bond is not approved by the clerk."

Filed with this motion is a certified copy of the decree supposed to have been appealed from, together with a certified copy of an appeal bond. It does not appear that

this bond was ever approved by the clerk of the court below; and since it is provided by section 61 of the Code that "an appeal shall not be considered as perfect, or a *supersedeas* awarded thereon, unless the bond required shall have been given and approved," no appeal has as yet been taken herein, so that we have nothing to act upon; the bond as it appears in this record being a nullity.

*Overruled.*